Set: 2:30 PM
Started: 2:37 PM
Ended: 3:11 PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

**BEFORE JUDGE PEDRO A. DELGADO-HERNÁNDEZ**　　　Date: September 20, 2021
COURTROOM DEPUTY CLERK: Verónica S. Otero
COURTROOM REPORTER: Cindy L. Brown

**CASE NO. 3:21-CV-01366 (PAD)**
**Rodríguez Vélez et al** v. **Pierluisi-Urrutia**

|  | **Attorneys present** |
|---|---|
| Plaintiffs | Arturo V. Bauermeister-Fernández |
|  | Ilya Shapiro |
|  | José R. Dávila-Acevedo |
| v. |  |
| Defendant | Joel Torres-Ortiz |
|  | Idza Diaz-Rivera |
|  | José R. Cintrón-Rodríguez |
|  | Juan C. Ramírez-Ortiz |

**Case Called for Status Conference.**

Counsel for the parties were present via VTC and members of the press had access through teleconference. In preparation for the preliminary injunction hearing set for September 21, 2021, housekeeping matters and logistical details were addressed. Attorney Shapiro informed he will be present via VTC during the hearing.

Attorney Diaz raised objections to the witnesses announced at Docket No. 51 (to wit, witnesses #5, #6, #7, #8, #9, #10, #11, #12, and #13) and as to the scope of the testimony of Dr. Andrew Bostom. The court overruled the objections, pointing out that this is not a jury trial, and it will accord testimonies the weight it considers appropriate. The court further indicated it will allow direct and cross examination, and redirect and re-cross examination of witnesses.

As to the order of witness, Attorney Bauermeister anticipated plaintiffs will call expert witnesses in the morning. The court advised the parties to inform the courtroom deputy clerk prior to the hearing the total number of witnesses and the order in which they will be called. Attorney Dávila expressed that an expert witness wishes to present audiovisual materials as part of testimony, to which the court directed the parties to coordinate with the courtroom deputy clerk the technical aspects of the presentation.

s/ Verónica S. Otero-Rivera
Verónica S. Otero-Rivera
Case Manager/Courtroom Deputy Clerk
to Hon. Judge Pedro A. Delgado-Hernández
U.S. District Court for the District of Puerto Rico